**UNITED STATES of America, Plaintiff and Appellee,**

**v.**

**Dalton Carl SMITH, Appellant.**

**No. 71–1389.**

United States Court of Appeals, Ninth Circuit.

July 20, 1971.

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409 Part I.

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

Arthur J. Crowley (argued), of Crowley & Goffin, Hollywood, Cal., for appellant.

David Nissen (argued), Asst. U. S. Atty., Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and SCHWARTZ, District Judge.

PER CURIAM:

The conviction in this case involving stolen and forged securities is affirmed.

■ It is said there should have been a severance of the substantive and conspiracy counts. No motion for a severance is in the record.

There is a point about Bruton v. United States, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476. This is not a Bruton case. United States v. Griffin (9 Cir., 1970), 434 F.2d 978, is applicable.

■ Objection is made that when certain statements of coconspirators were admitted in evidence the conspiracy hadn't been proved. In this case we find this to be only a question of order of proof within the trial court's discretion. See United States v. Knight (9 Cir., 1969), 416 F.2d 1181.

There is no merit to the contention that there was insufficient evidence.

The evidence was abundant and the jury made no mistake.

Other points raised we find insubstantial.

The mandate will issue now.